FILED

2014 OCT 23 AM 11:44

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

June 2014 Grand Jury

| UNITED STATES OF AMERICA, | Case No. '14 CR 3118 LAB |
|---|---|
| Plaintiff, | I N D I C T M E N T |
| v. | Title 21, U.S.C., Secs. 952 and 960 - Importation of Methamphetamine |
| JOHN DOE | |
| Defendant. | |

The grand jury charges:

On or about September 12, 2014, within the Southern District of California, defendant JOHN DOE did knowingly and intentionally import 500 grams and more, to wit: approximately 9.38 kilograms (20.64 pounds) of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II Controlled Substance, into the United States from a place outside thereof; in violation of Title 21, United States Code, Sections 952 and 960.

DATED: October 23, 2014.

A TRUE BILL:

_____
Foreperson

LAURA E. DUFFY
United States Attorney

By: _____
ALEX W. MARKLE
Special Assistant U.S. Attorney

AWM:sj:Imperial:10/22/14