UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

        Plaintiff,

v.

JOHN DOE,

        Defendant.

Case No. '14 CR 3118 LAB

**NOTICE OF RELATED CASE**

TO THE CLERK OF THE COURT:

Please take notice that the above entitled case is related to United States of America v. JOHN DOE, Case No. ▮▮▮▮▮, pursuant to Local Rule 57.2.1, Related Cases. The United States Attorney certifies the cases are related for the following reason(s):

   X   (1) More than one indictment or information is filed or pending against the same defendant or defendants.

   ___   (2) Defendant is currently on probation/supervised release.

   ___   (3) Defendant is charged with escape.

DATED: October 23, 2014.

/s/ Paul Cook
for LAURA E. DUFFY
United States Attorney