LAURA E. DUFFY
United States Attorney
LAWRENCE A. CASPER
Assistant U.S. Attorney
California State Bar No. 235110
Federal Office Building
880 Front Street, Room 6293
San Diego, California 92101-8893
Telephone: (619) 546-6734
Lawrence.Casper@usdoj.gov

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Criminal Case No. 14CR3118-LAB |
|---|---|
| Plaintiff, | ) |
| v. | ) **NOTICE OF MOTION AND MOTION TO PRESERVE EVIDENCE** |
| JOHN DOE | ) |
| Defendant. | ) |

COMES NOW the plaintiff, UNITED STATES OF AMERICA, by and through its counsel, Laura E. Duffy, United States Attorney, and Lawrence A. Casper, Assistant United States Attorney, and hereby files its motion to preserve all evidence, including the narcotics, the vehicle, and cellular telephones seized from the defendant in the above-captioned case.

DATED: November 14, 2014.

    Respectfully submitted,

    LAURA E. DUFFY
    United States Attorney

    /s/ Lawrence A. Casper
    LAWRENCE A. CASPER
    Assistant U.S. Attorney

    Attorneys for Plaintiff
    United States of America

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 14CR3118-LAB |
| Plaintiff, | ) | |
| v. | ) | CERTIFICATE OF SERVICE |
| JOHN DOE | ) | |
| Defendant. | ) | |

IT IS HEREBY CERTIFIED THAT:

I, LAWRENCE A. CASPER, am a citizen of the United States and am at least eighteen years of age. My business address is 880 Front Street, Room 6293, San Diego, California 92101-8893.

I am not a party to the above-entitled action. I have caused service of **MOTION TO PRESERVE EVIDENCE** on the following parties by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them.

Kurt D. Hermansen, Esq.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on November 14, 2014.

/s/ Lawrence A. Casper
LAWRENCE A. CASPER