UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA



| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　Plaintiff,<br><br>vs.<br><br>JOHN DOE,<br><br>　　　　　　　　　Defendant. | CASE NO. 14CR3118-LAB<br>USCA NO. 15-50259<br><br>NOTICE OF HEARING |

Please take notice that the above-entitled cause has been set for APPEAL MANDATE HEARING on petition requisite to filing certified copy of judgment from U.S. Court of Appeals reversing and remanding the decision of U.S. District Court, Southern District of California at 3:00 PM on 10/16/17, in courtroom 14A, at:

　　____ U.S. District Courthouse, Schwartz, 221 W. Broadway, San Diego, CA

　　　X　 U.S. District Courthouse, Annex, 333 W. Broadway, San Diego, CA

The Court informs the parties that the spreading of the mandate upon the minutes of the district court record is a ministerial task in which the appellate court's decision is filed and the case is returned to the jurisdiction of the district court. If this Court's decision has been affirmed and no additional proceedings in this court are necessary, the parties are not required to attend the hearing. If this Court's decision has been reversed, however, the parties shall attend the hearing and should be prepared to discuss the status of the litigation and their suggestions on how to proceed.

JOHN MORRILL, CLERK

by _____
T. Weisbeck, Courtroom Clerk