Law Office of Kurt David Hermansen
Kurt David Hermansen, Cal. Bar No. 166349
550 West C Street, Suite 580
San Diego, California 92101
Telephone: (619) 236-8300
Cellular: (619) 436-8117
Facsimile: (619) 315-0436
KDH@KurtDavidHermansen.com

Attorney for Defendant
John Doe

**United States District Court**

**Southern District of California**

| | |
|---|---|
| United States of America,<br><br>    *Plaintiff,*<br>v.<br><br>John Doe,<br><br>    *Defendant.* | Case No. 14cr3118-LAB<br><br>Defendant's Ex-Parte Motion to Implement the Ninth Circuit's September 12, 2017 published Opinion and the Ninth Circuit's September 20, 2017 Order #69 |

    Consistent with page 19 of the published Ninth Circuit opinion and consistent with Ninth Circuit Docket Order #69 in this case (No. 15-50259), Doe moves this Court to replace Defendant's name with "John Doe" in all publicly, electronically available documents and docket text. If documents contain Defendant's true name, those documents should be sealed if not redacted. Specifically, because the Ninth Circuit's published opinion reveals all the details of Defendant's cooperation and because that published opinion will be linked with the district court docket, which currently contains John Doe's true identity, this Court should order as follows:

(1) On or before October 20, 2017, the Clerk shall replace Defendant's name with "John Doe" in all publicly, electronically available docket text; and

(2) On or before October 20, 2017, the Clerk shall also redact Defendant's name from all unsealed documents that are attached to the public docket; and

(3) On or before October 20, 2017, the Clerk shall replace Defendant's name with the pseudonym "John Doe" wherever it appears in the public docket; and

(4) On or before October 20, 2017, the Clerk shall seal Docket Entries 35,[1] 37,[2] 42,[3] 44,[4] and 45;[5] and

(5) On or before October 20, 2017, the Clerk shall strike reference to the sentencing guidelines in the docket text of entries 35 and 36.[6]

October 17, 2017                      s/Kurt David Hermansen
                                      Kurt David Hermansen
                                      Attorney for Doe

---

[1] Docket entry 35 (Withdrawn "Motion for Downward Departure Under USSG 5K1.1 by USA").
[2] Docket entry 37 ("Sentencing Summary Chart by USA").
[3] Docket entry 42 ("Motion for Downward Departure by USA").
[4] Docket entry 44 (Order Denying "Motion to Strike and Replace").
[5] Docket entry 45 (Order Granting "Motion to Allow Sealing of Memorandum in Support of Motion for Downward Departure").
[6] Docket entry 36 ("Motion to Allow Sealing of Memorandum in Support of Motion for Downward Departure Under USSG 5K1.1 by USA").

# United States District Court
# Southern District of California

| | |
|---|---|
| United States of America, | Case No. 14cr3118-LAB |
| *Plaintiff,* | **Certificate of Service** |
| v. | |
| John Doe, | |
| *Defendant.* | |

I, Kurt David Hermansen, certify that I am a citizen of the United States, I am at least 18 years old, and my business address is 550 West C Street, Suite 580, San Diego, CA 92101.

I have caused service of **Defendant's Ex-Parte Under Seal Motion to Implement the Ninth Circuit's September 12, 2017 published Opinion and the Ninth Circuit's September 20, 2017 Order #69** by emailing a copy of the motion and proposed order to Assistant U.S. Attorneys Larry Casper at Lawrence.Casper@usdoj.gov and Daniel Zipp at Daniel.Zipp@usdoj.gov.

I declare under penalty of perjury that the foregoing is true and correct.

October 17, 2017                              s/Kurt David Hermansen
                                              Kurt David Hermansen
                                              Attorney for Doe