UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br> Plaintiff, <br> v. <br> JOHN DOE, <br> Defendant. | Case No.: 14cr3118-LAB <br><br> **ORDER REVISING DOCKET** |

The Ninth Circuit has ordered that the docket in this case be altered to disguise and conceal the defendant's true name. Consistent with the Ninth Circuit's mandate, the Clerk shall replace defendant's name with the pseudonym "John Doe" in all publicly and electronically available documents and in the docket entry text of this case so as to conceal the defendant's true name.

IT IS SO ORDERED.

DATED: October 18, 2017

*[signature]*

**HONORABLE LARRY ALAN BURNS**
United States District Judge