| UNITED STATES COURT OF APPEALS | **FILED** |
|---|---|
| FOR THE NINTH CIRCUIT | OCT 30 2017 |
| | MOLLY C. DWYER, CLERK <br> U.S. COURT OF APPEALS |

UNITED STATES OF AMERICA,

    Plaintiff-Appellee,

  v.

JOHN DOE,

    Defendant-Appellant.

No. 15-50259

D.C. No. 3:14-cr-03118-LAB-1
Southern District of California,
San Diego

ORDER

Before: CHRISTEN and WATFORD, Circuit Judges, and SOTO,[*] District Judge.

A review of the district court docket reflects that the district court has removed all references to appellant's name from its public docket. Consequently, the Clerk shall unseal this Court's docket, and shall replace the redacted opinion with the original September 12, 2017 opinion for publication.

---

[*] The Honorable James Alan Soto, United States District Judge for the District of Arizona, sitting by designation.

SVG/Sealed Documents