

FILED
OCT 2 3 2020
CLERK U S DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                              DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO.:  14-CR-3118-LAB |
|---|---|
| Plaintiff, | **Order to file documents under seal** |
| v. | |
| JOHN DOE, | |
| Defendant. | |

Having considered the United States' motion for order to file documents under seal, and the Court being fully advised, and compelling reasons appearing to protect Mr. Doe's medical privacy and other privacy interests:

**IT IS ORDERED** that the following documents be filed under seal:

Gov. Exhibit 3 - Unredacted copy of Medical Record; and

Gov. Exhibit 4 – Unredacted copy of Inmate Discipline record.

Unredacted version of United States' Response in Opposition to Defendant's Motion to Reduce Sentence Under 18 U.S.C. Sec. 3582(c)(1)(A).

**SO ORDERED.**

Date: October 19, 2020

_____
The Honorable Larry Alan Burns
Chief Judge
United States District Court